UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-50115 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| ELI POORMAN, | |
| Defendant. | |

The Defendant states the following facts are true, and the parties agree they establish a factual basis for the offense to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3).

My name is Eli Poorman. I agree that beginning on August 2, 2024, the South Dakota ICAC Task Force, Homeland Security Investigations (HSI), the South Dakota Division of Criminal Investigation (DCI) and other law enforcement agencies, initiated an operation to target online exploitation of children during the 2024 Sturgis Motorcycle Rally. I now know that as part of the operation, law enforcement agents put out multiple underage undercover personas on internet websites and mobile applications. I now know that during the operation, an HSI Special Agent was using her undercover (UC) persona on the application Reddit. Reddit is an online social media application. The HSI Agent's UC persona was of a 13 year-old girl. Publicly viewable photos on the profile appeared to depict a minor female.



On August 3, 2024, I sent a message to the HSI Agent's UC persona on the internet based site Reddit, using one of my Reddit accounts bearing the username "Specialist-Degree-58". Later the same day, the other Reddit user responded to my message, and I began to chat with her. I asked the UC persona if she wanted to meet that day. The UC persona provided me with a phone number so we could get off the Reddit platform and use text messaging instead. I texted the UC persona from the phone number associated with my Samsung cellular phone. Based on my cell phone number, law enforcement agents were able to identify me by name and location.

Over text message, I asked how old the girl was. She responded with "im 13 wbu". I told her, "I'm 20". Shortly thereafter, I asked the HSI Agent's UC persona "U wanna fuck or". Later in the conversation, I told the UC persona I would pay $20 for "regular" sex, meaning penile-vaginal sex. The UC persona asked me, "r u gonna use a condom i cant be 13 n pregnant". I stated, "Yea I got a condom". I asked the UC persona, "Alright, have u ever fucked before ?" and sent another message during our conversation that read, "As in us fucking or what". I also sent the UC persona a photo of my erect nude penis. When discussing how I would pay for sex with the girl, I asked her, "Do u have cash app or u wanna wait til ymrw for cash". Cash App is an internet-application that allows users to send funds transfers to each other's Cash App accounts. Over text messages, I persuaded the UC persona to come to my apartment to have

2



sex. The UC persona agreed, and eventually told me she had been dropped off at a bus stop near my apartment building and walking to meet me.

On August 3, 2024, at about 7:03 PM, I exited my apartment building in south Rapid City to meet the UC persona. I continued to text with the UC persona about my location and how to get to my apartment. I was arrested by law enforcement officers outside my apartment building. I had a condom and a Samsung cellular phone in my possession. This was the cellular phone I used to communicate with the UC persona on both Reddit and over text messaging. After my arrest, I was interviewed by an HSI Agent and a Rapid City Police Department Detective. During the interview, I admitted to arranging to meet with a 13-year-old girl for sex in exchange for money. I also admitted chatting with other minor females and sending them explicit photos of myself, and requesting sexually explicit images of them in turn, for approximately six months prior to my arrest. Thus, I agree that between February 1, 2024, and August 3, 2024, I attempted to receive child pornography, as that term is defined in 18 U.S.C. § 2256(8). The cellular phone I had with me had been given to me by my employer. Law enforcement agents were unable to conduct a full data extraction of the cellular phone, due to the settings my employer had installed on the cellular phone.

I stipulate and agree that the following property was used in the commission of the offense described above: one Samsung Galaxy XCover Pro SM-G715U1 cellular phone with IMEI 357496655415940.

3



The parties submit that the foregoing statement of facts is not intended to be a complete description of the offense or the Defendant's involvement in it. Instead, the statement is offered for the limited purpose of satisfying the requirements of Fed. R. Crim. P. 11(b)(3). The parties understand that additional information relevant to sentencing may be developed and attributed to the Defendant for sentencing purposes.

RONALD A. PARSONS, JR.
United States Attorney

10/23/2025

Date

HEATHER KNOX
Assistant United States Attorney
515 9th Street, Suite 201
Rapid City, SD 57701
Telephone: (605) 342-7822
Facsimile: (605) 342-1108
E-Mail: Heather.Knox@usdoj.gov

10-14-2025

Date

ELI POORMAN
Defendant

Oct. 14, 2025

Date

GREG ERLANDSON
Attorney for Defendant

4